COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Brian Keith Thomas
Louisiana State Penitentiary DOC No. 368150
Camp J – Shark 1 - Left
Angola LA 70712

**REHEARING ACTION: October 2, 2013**

**Docket Number: 12   01347-KH**

**STATE OF LOUISIANA
VERSUS
BRIAN KEITH THOMAS**

**Writ Application from Evangeline Parish Case No. 77251FA**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett
    Hon. Phyllis M. Keaty
    Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brian Keith Thomas** has this day been

    **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent